UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 23-16010

**Case Name** Glen Littleton v. Elon Musk, et al

**Hearing Location** (*city*) San Francisco

**Your Name** Ellyde R. Thompson

List the sitting dates for the two sitting months you were asked to review:

September 9-13, 2024
October 7-11, 2024
October 21-25, 2024

Do you have an unresolvable conflict on any of the above dates? ◯ Yes ● No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Counsel for Appellees does not have a conflict on the dates listed above. However, Counsel has an arbitration hearing scheduled for the week of September 16, 2024 and will be preparing for the proceeding the week of September 9-13, 2024.

Counsel respectfully requests that the Court schedule Oral Argument for any of the dates in October 2024, if possible. Counsel for Appellant previously indicated that he was available those dates.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Ellyde R. Thompson **Date** May 22, 2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32** New 12/01/2018